1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00431-LJO-SKO |
12 | Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
13 | v. | |
14 | MIGUEL MARQUEZ, | |
15 | Defendant. | |

16

17     Based upon the plea agreement entered into between United States of America and defendant
18 Miguel Marquez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:
19     1.   Pursuant to 21 U.S.C. § 853(a), defendant Miguel Marquez' interest in the following
20 property shall be condemned and forfeited to the United States of America, to be disposed of according
21 to law:
22          a.   Approximately $30,360.00 in U.S. Currency, and
23          b.   A 22 caliber Marlin pump action rifle.
24     2.   The above-listed assets are property constituting, or derived from, any proceeds the the
25 defendant obtained, directly or indirectly, as the result of such violation, is property used, or intended to
26 be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §
27 846.
28     3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

PRELIMINARY ORDER OF FORFEITURE                    1

seize the above-listed property.  The aforementioned property shall be seized and held by the United States Marshals Service or the Drug Enforcement Administration in its secure custody and control.

    4.    a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **December 16, 2014**          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE