1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )    Case № 1:13-CR-00431-1- LJO
                                      )
9               Plaintiff,            )         **O R D E R**
                                      )    **APPOINTING COUNSEL**
10              vs.                   )
                                      )
11   MIGUEL MARQUEZ,                  )
                                      )
12              Defendant.            )
     _____)

13

14          The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him on Compassionate Release.

17   Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C.

18   § 3006A,

19

20          IT IS HEREBY ORDERED that Carolyn Phillips be appointed to represent the above

21   defendant in this case effective *nunc pro tunc*  to  August 12, 2020, substituting the Federal

22   Defenders Office appointed per G.O. 595.

23          This appointment shall remain in effect until further order of this court.

24

25   IT IS SO ORDERED.

26      Dated:   **August 13, 2020**      _____
                                          UNITED STATES DISTRICT JUDGE
27

28

-1-