Carolyn D. Phillips   #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Miguel Marquez

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-00431  DAD |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING |
| v. | ) | THE FILING OF DOCUMENTS |
| | ) | UNDER SEAL |
| MIGUEL MARQUEZ, | ) | |
| | ) | (Local Rule 141) |
| Defendant. | ) | |
| _____ | ) | |

    The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant MIGUEL MARQUEZ.  Good cause appearing, the documents captioned <u>Exhibit 3 and Exhibit 7 to Defendant Marquez's Motion to Reduce Sentence</u>, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.

    IT IS SO ORDERED.

*[signature: Dale A. Drozd]*

Dated:  **January 4, 2021**
UNITED STATES DISTRICT JUDGE

Order Authorizing The Filing Of Documents Under Seal; *US v. Marquez,* Case No. 1:13-cr-431 LJO