Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant MIGUEL MARQUEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-431 NONE/BAM |
| Plaintiff, | DEFENDANT'S REQUEST TO EXTEND THE FILING DEADLINE FOR HIS REPLY TO THE GOVERNMENT'S OPPOSITION TO FEBRUARY 2, 2021;  ORDER |
| v. | |
| MIGUEL MARQUEZ, | |
| Defendant. | |

I, Carolyn Phillips, am court-appointed counsel for defendant MIGUEL MARQUEZ.  I was appointed by the Court to represent Mr. Marquez in the preparation of a Motion for Compassionate Release pursuant to 18 USC § 3582(c)(1)(A).  The government filed its opposition on January 19, 2021 (ECF 96), and defendant's reply is

due January 26, 2021.  On behalf of Mr. Marquez, counsel requests a seven-day extension within which to file the reply or by February 2, 2021.

The additional seven days are necessary for counsel to complete investigation and research into the issues raised by the government's opposition and to confer with Mr. Marquez.

Dated:  January 25, 2021

                    Respectfully submitted,

                    Carolyn D. Phillips
                    CAROLYN D. PHILLIPS
                    Attorney for Defendant
                    MIGUEL MARQUEZ

### ORDER

**IT IS SO ORDERED.** Defendant's Reply to the Government's Opposition currently due January 26, 2021 shall be extended to **February 2, 2021**.

IT IS SO ORDERED.

Dated:  **January 28, 2021**                    /s/ Dale A. Drozd
                                    UNITED STATES DISTRICT JUDGE